Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CLAUDE E. STEPHENS, Respondent, v. MONKS, GOODWIN & SHAW, INC, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BLANCHE GALINGER, Respondent, v. EDWARD GALINGER, Appellant. In the Matter of the Application of EDWARD GALINGER to Modify the Final Decree of Divorce by Granting Him Permission to See His Son from Time to Time.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of EDNA S. McKEON, Respondent, for Leave to Sue JULIUS H. SIEBERT, Appellant, for a Deficiency upon the Foreclosure of a Mortgage.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

AMERICAN UNION BANK, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Waters, Inc.,* v. *Hatters' Fur Exchange, Inc.* (185 App. Div. 803) and *Davis* v. *Friedman* (196 id. 926). Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FEDELE BISOGNO, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FAIRFAX TEXTILE MILLS, INC., Respondent, v. ROSENBERG-NEUGASS Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MORRIS WEINBERG, Respondent, v. THE PUBLIC NATIONAL BANK OF NEW YORK, Appellant. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MORRIS WEINBERG, Respondent, v. THE PUBLIC NATIONAL BANK OF NEW YORK, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JEROME E. ANDERSON, Trading as ANDERSON GLASS COMPANY, Respondent, v. THE CULVER ART AND FRAME COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

EPSTEIN & ROSENBLATT, INC., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAX APPLEBAUM, Appellant, v. NEMOURS TRADING CORPORATION, Respondent. — Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.